### KAUFMAN v. I. RHEINSTROM SONS CO.

(Circuit Court, S. D. New York. January 4, 1911.)

REMOVAL OF CAUSES (§ 72*)—FEDERAL COURTS—JURISDICTION—AMOUNT IN CONTROVERSY.

Under the federal statute authorizing removal of a case involving an amount which exceeds $2,000, a suit involving exactly $2,000 is not removable.

[Ed. Note.—For other cases, see Removal of Causes, Dec. Dig. § 72.*]

Action by Henry F. Kaufman against I. Rheinstrom Sons Company. Motion to remand. Granted.

Nathan G. Goldberger, for plaintiff.

Harry M. Lewy, for defendant.

COXE, Circuit Judge. The question here involved is an exceedingly simple one. The federal statute provides that a suit may be removed to this court when the amount involved exceeds $2,000. The amount here involved is exactly $2,000. Such a suit cannot be removed to this court for the obvious reason that the amount does not exceed (is not more than) $2,000. To assert that $2,000 is more than $2,000 is an absurdity.

The motion to remand is granted.